|   |   |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 18CR4133-CAB |
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT GRANTING MOTION TO DISMISS THE INFORMATION AS TO MIKI McQUADE** |
| MIKI McQUADE (2), | |
| Defendant | |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Upon motion by the United States and and for good cause shown,

IT IS HEREBY ORDERED that defendant Miki McQuade be dismissed in this case without prejudice. Given Miki McQuade remains a witness for this case, her counsel Michael Littman will continue to remain as appointed counsel during the pendency of this case. The case remains pending as to Defendant Frank Casillas.

SO ORDERED.

Dated: 11/28/18

THE HON. CATHY ANN BENCIVENGO
United States District Judge